# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2738

_____

| | | |
|---|---|---|
| Hunter R. Levi, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Petition for Review |
| | * | of an Order of the Department of |
| United States Department of Labor, | * | Labor Administrative Review Board |
| | * | |
| Respondent, | * | [UNPUBLISHED] |
| | * | |
| Anheuser-Busch Companies, Inc., | * | |
| | * | |
| Intervenor. | * | |

_____

Submitted: December 28, 2009
Filed: January 14, 2010

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Hunter Levi petitions for review of a final order of the United States Department of Labor Administrative Review Board, affirming dismissals of three administrative complaints he brought under the Sarbanes-Oxley Act of 2002, 18 U.S.C. § 1514A. Upon careful review, see 5 U.S.C. § 706(2) (standard for reviewing agency decision), we find no basis for reversal. Accordingly, we deny the petition. See 8th Cir. R. 47B. We also deny Levi's pending motion.

_____